IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES E. LYNN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-3430 |
| | § | |
| J. RINGLE, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff's motion to proceed *in forma pauperis* (Docket Entry No. 2) is DENIED for his failure to attach the required certified copy of his current inmate trust account statement. Plaintiff is ORDERED to submit the required statement within thirty days from date of this order. Plaintiff's failure to comply timely with this order will result in dismissal of this lawsuit for failure to pay the filing fee.

Plaintiff's motion for appointment of counsel (Docket Entry No. 3) is DENIED, subject to reconsideration should this case be set for jury trial. A district court is not required to appoint counsel for an indigent inmate in a section 1983 lawsuit except in exceptional circumstances. *Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982). The circumstances in this case are not exceptional, and plaintiff's pleadings show that he is reasonably able to represent himself with assistance from other inmates.

Signed at Houston, Texas on December 27, 2013.

_____
Gray H. Miller
United States District Judge